# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00180-CV

**D. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

### FROM THE 421ST DISTRICT COURT OF CALDWELL COUNTY
### NO. 20-FL-382, THE HONORABLE CHRIS SCHNEIDER, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

Appellant D. H. filed his notice of appeal on April 5, 2022. The appellate record was complete on April 27, 2022, making appellant's brief due on May 17, 2022. On May 13, 2022, counsel for appellant filed a motion for extension of time to file appellant's brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Terry Wesley Baker to file appellant's brief no later than June 6, 2022. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on May 17, 2022.

Before Justices Goodwin, Baker and Triana